United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 11, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-30778
Summary Calendar
_____

RONE DAVIS,

                              Plaintiff-Appellant,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL; BUREAU OF
IMMIGRATION AND CUSTOMS ENFORCEMENT,

                              Defendants-Appellees.

---------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:03-CV-01726-PM-APW
---------------------

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Rone Davis appeals from the district court's denial of his

28 U.S.C. § 2241 petition challenging his order of removal and

his post-removal-order detention.  On appeal, Davis has withdrawn

his challenge to the order of removal.  The remaining issues

Davis has raised on appeal have been rendered moot by his removal

to Haiti during the pendency of this appeal.  See United States

Parole Comm'n v. Geraghty, 445 U.S. 388, 395-96 (1980).

     Accordingly, this appeal is DISMISSED AS MOOT.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.